IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NAOMI CARTER, et al., | ) | Case No. 8:06CV709 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| J. C. PENNEY COMPANY, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Robert Broom and Malachy Sullivan, counsel for the parties,

**IT IS ORDERED:**

1. On or before **February 4, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for January 9, 2008, is cancelled upon the representation that this case is settled.

Dated this 2nd day of January 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge