IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NAOMI CARTER, STEPHANIE WASHINGTON, for herself and as Mother And Natural Guardian of WHITNEY WASHINGTON,  )<br>)<br>)<br>)<br>) | CASE NO. 8:06CV709 |
| Plaintiffs,  )<br>) | ORDER OF DISMISSAL |
| V.  )<br>) | |
| J.C. PENNEY COMPANY, INC., ANDREW WATT actually known as ANDREW WITT, STEVE BARTLOW actually known as STACY BARTLOW, and MATT ALLEN,  )<br>)<br>)<br>)<br>)<br>) | |
| Defendants.  ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 47) is approved, and the relief requested therein is granted;

2. The Complaint and all claims of whatever kind raised in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 22nd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge